No. 09-13-00582-CR

In The

Court of Appeals

OF The Ninth Supreme Judicial District

Beaumont, Texas

---

WILLIAM PAUL SEMIEN
Appellant

VS.

THE STATE OF TEXAS
Appellee

---

On Appeal in Cause No. 13-17919

Criminal District Court, Jefferson County, Texas

John Stevens, Judge Presiding

---

Appellants Motion For Extension of Time
To File Appellants Pro-Se Petition For
Discretionary Review

---

William Paul Semien
Bill P. Clements Unit
#01904346
9601 Spur 591
Amarillo, Texas 79107-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

No. 09-13-00582-CR

| WILLIAM PAUL SEMIEN | § | IN THE COURT OF APPEALS |
|---|---|---|
| VS. | § | STATE OF TEXAS |
| THE STATE OF TEXAS | § | NINTH DISTRICT |

## MOTION TO EXTEND TIME TO FILE APPELLANTS PRO-SE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES WILLIAM PAUL SEMIEN, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellants Pro-se Petition For Discretionary Review, pursuant to Rule set forth in the Texas Rules of Appellate Procedure, and for good cause shows the following:

I.

This case is on appeal from the Criminal District Court of Jefferson County, Texas;

II.

The case below was styled THE STATE OF TEXAS VS. WILLIAM PAUL SEMIEN, and numbered 13-17919;

III.

Appellant was convicted of Sexual Assault;

IV.

Appellant was assessed a sentence of fifty five (55) years confinement in the Institutional Division on November 6, 2013;

V.

Notice of Appeal was given on November 26, 2013;

## VI.

Two (2) extension to file the Pro-Se Appellant Brief has been filed in this cause. This Honorable Court granted those extension;

## VII.

Appellant's first motion to Extend the time for filing the Pro-Se Appellant's Brief was filed by Terrence Leon Holmes, on June 10, 2014; Appellant Attorney at that time for said Appeal. Second motion was filed by William Paul Semien, Pro-Se Appellant, on or about August 29, 2014;

## VIII.

The Appellate brief was due on October 10, 2014;

## IX.

The Court of Appeals' rendered its judgment on November 19, 2014;

## X.

Appellant requests an extension of time of thirty (30) days from the present date, i.e. January 14, 2015;

## XI.

Appellant relies on the following facts as good cause and believes that he has extenuating circumstances that require this request for extension of time be granted;

## XII.

On November 23, 2014, Appellant received a true and correct copy of the Court's Opinion and Judgment; along with notification of the Defendant's right to file a pro-se petition for discretionary review under Rule 68.

Appellant is a layman of the law and really/truly having a difficult time trying to accurately present this petition for discretionary review

Appellant was placed in transit status by the Bill P. Clements unit Administration/staff without any of His property and without his Legal

material/work including my transcripts and Appellate papers as it was placed in Bill P. Clements Unit property room. As of this 15th day of December, 2014; I have yet to have all my property returned to me;

Appellant cannot effectively present this Pro-Se Petition For Discretionary Review under Rule 68 without all his Legal material/work including Appellate papers and transcripts;

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine Assistance to Appellant in preparing Appellant's brief As well As researching the law.

WHEREFORE, Appellant prays that this Court grant this motion and modify and extend the deadline for filing Appellant's Pro-Se Petition For Discretionary Review to January 14, 2015; or that this Court grant such additional time as is just and proper.

### Certificate of Service

I hereby certify that on December 17, 2014, a correct and true copy of Appellant's "Motion For Extension to file his Pro-Se Petition For Discretionary Review was mailed to the Court of Criminal Appeals by U.S. First Class mail Addressed to the Court of Criminal Appeals at P.O. Box 12308, Austin, Texas 78711.

William Paul Semion
Appellant, pro se

William Paul Semien
Bill P. Clements Unit
#01904346
9601 Spur 591
Amarillo, Texas 79107-9606

December 17, 2014

Clerk of the
Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, Texas 78711

RE: Case number: 09-13-00582-CR
    Trial Court Case number: 13-17919

Dear Clerk of the Court

    Enclosed please find my pro-se Defendant's Motion for Time to File Petition for Discretionary Review. Please file this Motion and bring it to the attention of the Court of Criminal Appeals of Texas

    Please date-stamp this notation and return it to me at the address shown above.

    I also request that you notify me of the Court's ruling on my Motion.

                                        Sincerely,
                                        William Paul Semien
                                        Defendant, Pro-Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk